1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  DEANNE SZELAP

7

8               **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10

11

12 | DEANNE SZELAP,                    ) Case No.: 2:15-cv-00190-LDG-NJK
                                       )
13 |         Plaintiff,                ) STIPULATION TO EXTEND
                                       ) BRIEFING SCHEDULE (First
14 |    vs.                            ) Request)
                                       )
15 | CAROLYN W. COLVIN, Acting         )
                                       )
16 | Commissioner of Social Security,  )
                                       )
17 |         Defendant                 )
                                       )
18

19      Plaintiff Deanne Szelap ("Plaintiff") and defendant Carolyn Colvin,

20 Commissioner of Social Security ("Defendant"), through their undersigned counsel

21 of record, hereby stipulate, subject to the approval of the Court, to extend the time

22 for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to July 20, 2015;

23 and that Defendant shall have until August 19, 2015, to file her opposition, if any

24 is forthcoming. Any reply by plaintiff will be due September 8, 2015.

25 ///

26 ///

-1-

An extension of time for plaintiff is needed in order to properly prepare plaintiff's motion addressing the legal issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: June 1, 2015,   Respectfully submitted,

   ROHLFING & KALAGIAN, LLP

   /s/ *Marc V. Kalagian*
BY:_____
   Marc V. Kalagian
   Attorney for plaintiff DEANNE SZELAP

DATED:  June 1, 2015   Daniel G. Bogden
   United States Attorney

   */S/   Marla Letellier

   _____
   Marla Letellier
   Special Assistant United States Attorney
   Attorney for Defendant
   [*Via email authorization]

   IT IS SO ORDERED:

   _____
   UNITED STATES MAGISTRATE JUDGE

   DATED:_June 2, 2015_____

-2-