DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
MARLA K. LETELLIER
Special Assistant United States Attorney
California Bar No. 234969
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8928
Fax: (415) 744-0134
Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEANNE SZELAP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) Case No.: 2:15-cv-00190-RFB-NJK ) ) ) |
| Defendant. | ) ) ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
### (First Request by Defendant)

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Marla Letellier, Special Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Remand, which was filed on July 20, 2015 by 30 days from August 19, 2015 to September 18, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion. Counsel for Defendant contacted Plaintiff's counsel on August 18, 2015, and Plaintiff does not oppose Defendant's motion. Defendants' current deadline is August 19, 2015.

The instant request is not intended to cause delay and is necessary because counsel for Defendant will be out of the office from August 19, 2015 through August 21, 2015, and because of the

heavy workload of counsel for Defendant, who is responsible for briefing dispositive motions in six federal district court cases between August 18, 2015 and August 28, 2015.

It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of time to respond to Plaintiff's motion, up to and including September 18, 2015.

Dated:  August 18, 2015.

                Respectfully submitted

                DANIEL G. BOGDEN
                United States Attorney

                */s/ Marla K. Letellier*
                MARLA K. LETELLIER
                Special Assistant United States Attorney

OF COUNSEL:

DEBORAH STACHEL
Acting Regional Chief Counsel

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 19, 2015

2