# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANNE SZELAP<br><br>                                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>Agent of<br>Social Security Administration<br>                                Defendant. | Case No. 2:15-cv-00190-RFB-NJK<br><br>ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE |

Before the Court for consideration is the Report and Recommendation (ECF No. 25) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered March 3, 2016.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 20, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 25) is
2 **ACCEPTED and ADOPTED in full**.
3 **IT IS ORDERED** that (ECF No. 20) Motion to Remand  is DENIED and (ECF No. 23)
4 Cross-Motion to Affirm is GRANTED.
5 **IT IS FURTHER ORDER** that the Clerk of Court shall serve this Order on the person(s)
6 and respective addresses noted in the Report and Recommendation. The Clerk shall enter judgment
7 accordingly and close the case.
8 DATED this 24th day of March, 2016.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE